UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

Elene Michel,

            Plaintiff(s),

-against-

United States of America,

            Defendant(s).

-------------------------------------x

16 civ. 3957 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than **March 13, 2020** of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*/s/ Loretta A. Preska*
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-2020