UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENE MICHEL,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 16 Civ. 3957 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court's order of May 9, 2017 (dkt. no. 86 in 7-cr-1086) denying Petitioner's motion to vacate (dkt. no. 1) and Petitioner's failure to respond to the status letter of March 2, 2020 (dkt. no. 9), the Clerk of Court shall mark this action closed and deny all pending motions as moot.

**SO ORDERED.**

Dated:    New York, New York
          March 31, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge